UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KOSHER PROVISIONS, INC.,

                Plaintiff,

-against-

BLUE & WHITE FOOD PRODUCTS CORP.
and BLUE & WHITE FOOD PRODUCTS L.L.C.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 0361 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 10 2005 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on August 9, 2005, granting the defendants' motion to dismiss; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the defendants' motion to dismiss is granted.

Dated: Brooklyn, New York
         August 10, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court